UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD SCHOLER,

Plaintiff.

Case No. C 14-02688 KAW (PR)

**ORDER ADMINISTRATIVELY CLOSINGCASE**

On June 10, 2014, Plaintiff, a state prisoner proceeding pro se, filed a letter to Judge Henderson complaining of prison conditions which was construed as an attempt to file a civil rights action under 42 U.S.C. § 1983.  The same day, the Clerk of the Court sent Plaintiff a notice that he must file a complaint using the court's form complaint within twenty-eight days from the filing date of the notice to avoid dismissal.  (Docket No. 2.)  Plaintiff was provided with a blank copy of the form complaint.

On July 1, 2014, Plaintiff responded with a letter to the Court, stating that his initial filing had been sent for informational purposes only, and it was not his intent to file an action at this time.  (Docket No. 5.)

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case.  Because this case was opened in error, the Clerk of the Court shall not charge a filing fee.

**IT IS SO ORDERED.**

Dated: 7/8/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE